**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2041**

———————————

LORENZO GRIER,

                                     Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                                     Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-94-902-A)

———————————

Submitted:  December 12, 2000        Decided:  February 15, 2001

———————————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Lorenzo Grier, Appellant Pro Se.  Brian David Miller, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lorenzo Grier appeals the district court's order dismissing his suit alleging fraud, breach of contract, and discrimination. Because Grier has previously appealed this order and this court has already rendered a decision, see Grier v. United States, No. 94-2319 (4th Cir. May 18, 1995) (unpublished), we grant the Government's motion to dismiss. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2